**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **JOHN T. FRANKO,** ) | **CASE NO. 1:07CV547** |
| ) | |
| **Plaintiff,** ) | **JUDGE CHRISTOPHER A. BOYKO** |
| ) | |
| **vs.** ) | |
| ) | **ORDER** |
| **CITY OF CLEVELAND,** ) | |
| ) | |
| **Defendant.** ) | |

**CHRISTOPHER A. BOYKO, J.**:

This matter comes before the Court upon Plaintiff's Motion for Extension of Discovery (ECF DKT #19). Following a conference conducted on March 31, 2008, the Court grants the Motion in part, and extends fact discovery for sixty days. The case management deadlines are extended as follows:

- Fact discovery is due by June 2, 2008.

- Plaintiff's expert report is due by July 2, 2008.

- Defendant's expert report is due by August 4, 2008.

- Expert discovery shall be completed by October 6, 2008.

- Dispositive motions shall be filed by November 6, 2008.

- Opposition briefs are due by December 8, 2008.

- Reply briefs are to be filed by December 18, 2008.

- Settlement Conference is set for June 19, 2008 at 2:00 p.m.

In accordance with the Court's directives at the conference, the City shall provide all the documents requested by Plaintiff, which are currently in storage at the Western Reserve Historical Society. If, by April 30, 2008, the City has not satisfactorily and sufficiently responded to outstanding discovery requests, the Court will entertain a motion to compel, and will consider what sanctions, if any, are warranted.

**IT IS SO ORDERED.**

**DATE: March 31, 2008**

                                      **s/Christopher A. Boyko**
                                      **CHRISTOPHER A. BOYKO**
                                      **United States District Judge**